UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICACASE NO.   1:22-CR-00437-KPF-2

Plaintiff,

v.

LUIS HERNANDEZ GONZALEZ,

Defendant,
_____/

### ORDER ON MOTION TO RELEASE PASSPORT FOR A PERIOD OF 7 HOURS

**THIS CAUSE** having come for review on the Motion to Release Passport for a Period of 7 Hours and the Court having reviewed the motion thereof

**IT IS ORDERED AND ADJUDGED** that the Motion to Release Passport for a Period of 7 Hours is hereby GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 34.

**DONE AND ORDERDED** on this 20th day of January, 2023 in New York, New York.

_____
HONORABLE DISTRICT COURT JUDGE
KATHERINE POLK FAILLA