UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          -v.-<br><br>LUIS HERNANDEZ GONZALEZ,<br><br>          Defendant. | 22 Cr. 437-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has learned that the Government and Defendant have reached a tentative plea agreement.  Accordingly, the parties are ORDERED to appear for a change of plea hearing on **November 30, 2023**, at **11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:     October 19, 2023
            New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge