UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 22-CR-437

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

LUIS HERNANDEZ GONZALEZ,
*Defendant.*
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMOVE THE RADIO FREQUENCY LOCATION MONITOR AND LIFT CURFEW

THIS CAUSE having come for review on the Defendant's Unopposed Motion to Remove Radio Frequency Location Monitor and Lift Curfew and the Court having reviewed the motion thereof:

IT IS ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Remove Radio Frequency Location Monitor and Lift Curfew is hereby GRANTED.

The United States Probation Office shall remove the Defendant's Motion radio frequency location Monitor and lift the curfew effective immediately. All other conditions of release remain the same.

The Clerk of Court is directed to terminate the pending motion at docket entry 142.

DONE AND ORDERED on this 26th day of September, 2024.

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT COURT JUDGE