

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

May 19, 2025

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



> Re:    **United States v. Luis Hernandez, 22 Cr. 437 (KPF)**

Dear Judge Failla:

With the consent of the defense, and based on the parties' communications with Chambers regarding the Court's availability, the Government writes to respectfully request that Luis Hernandez's sentencing be schedule for August 20, 2025 at 3 p.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/_____
    Emily Deininger
    Josiah Pertz
    Assistant United States Attorneys
    (212) 637-2472 / 2246

cc: Bijan Parwaresch (counsel for Luis Hernandez) (via ECF)

Application GRANTED.  The sentencing scheduled for May 28, 2025, is ADJOURNED to **August 20, 2025, at 3:00 p.m.**

The Government's sentencing submission is due on or before **August 6, 2025.** Defendant's sentencing submission is due on or before **August 13, 2025.**

Dated:     May 19, 2025                SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE