UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 22-CR-437

UNITED STATES OF AMERICA,
*Plaintiff*,

v.

LUIS HERNANDEZ GONZALEZ,
*Defendant*.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO RELEASE PASSPORT

THIS CAUSE having come before this Honorable Court for review on the Unopposed Motion to Release Passport and the Court having reviewed the motion thereof:

IT IS ORDERED AND ADJUDGED that the United States Probation Office shall release one Venezuelan passport belonging to the Defendant, to the Defendant.

The Clerk of Court is directed to terminate the pending motion at docket entry 161.

DONE AND ORDERED on this 27th day of August, 2025, in New York, New York.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE